# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2481
_____

JOHN M. ALAI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

June 28, 2018


PER CURIAM.

AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John M. Alai, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.